

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-24-00192-CV

## IN RE EDWARDO MEZA

---

## Original Proceeding

---

## From the 443rd District Court
## Ellis County, Texas
## Trial Court No. 44628CR

---

## MEMORANDUM OPINION

---

The Petition for Writ of Mandamus filed by Relator Edwardo Meza on June 24, 2024 is denied.


                                    STEVE SMITH
                                    Justice


Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
(Chief Justice Gray dissents)
Petition denied
Opinion delivered and filed June 27, 2024
[OT06]

